## PEAK *v.* THE STATE.

From the Jackson Circuit Court.

*B. H. Burrell* and *F. Emerson,* for appellant.

*T. W. Woollen.* Attorney General, and *J. B. Brown,* for the State.

WORDEN, J.—The appellant was indicted, tried and convicted, in the court below, of a rape upon the person of Emma Rigel, and sentenced to imprisonment in the state-prison for the period of two years.

The only question made here is whether the evidence was sufficient to sustain the verdict.

We have carefully read the evidence, and are of the opinion that it fairly sustains the verdict. The case is not one which calls for any interposition by this court.

The judgment below is affirmed, with costs.

## STEVENS *v.* WAGNER.

From the Ripley Circuit Court.

*S. M. Jones, H. W. Harrington* and *A. G. Howe,* for appellant.

*G. Durbin,* for appellee.

PERKINS, J.—The question in this cause is the same as that presented and passed upon in the case of *Stevens* v. *Burr,* 61 Ind. 464, decided at last term. For the reasons there given this cause is affirmed.

Judgment affirmed, with costs.

## TILLMAN *v.* CREAGER.

From the Wabash Circuit Court.

*M. H. Kidd, A. C. Downey* and *H. S. Downey,* for appellant.

HOWK, C. J.—It is conceded by appellant's counsel, that " the questions in this case are the same as those in *Tillman* v. *Kircher,*" *ante,* p. 104.

Upon the authority of the case cited, the case now before us must be decided as that was decided.

Therefore the judgment is affirmed, at the appellant's costs.

## THE STATE *v.* PITZER.

From the LaPorte Circuit Court.

*G. Ford,* Prosecuting Attorney, and *T. W. Woollen,* Attorney General, for the State.

HOWK, C. J.—The questions presented for decision, in this case, are the same as those which were considered and decided by this court, at this term, in the case of *The State* v. *Pitzer,* 62 Ind. 362. For the reasons there given, this cause must be decided as that case was decided.

The judgment is reversed, at the appellee's costs, and the cause is remanded, with instructions to overrule the appellee's motion to quash the indictment, and for further proceedings.